IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LYDIA SATTERFIELD,<br>an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>MDOW INSURANCE COMPANY,<br>a foreign insurance company, and<br>AC BRANCH HOLDINGS, LLC,<br>an Oklahoma Limited Liability<br>Company<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No.: CIV-15-354-R<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF ACCEPTANCE OF OFFER TO CONFESS**

Defendant MDOW Insurance Company ("MDOW") pursuant to Rule 68 of the Federal Rules of Civil Procedure hereby submits this Notice of Plaintiff's acceptance of Defendant MDOW Insurance Company's Offer of Judgment. In furtherance of this Notice, Defendant submits as follows:

1. On October 7, 2015 Defendant MDOW Insurance Company served an Offer of Judgment on Plaintiff via certified mail and email on counsel for Plaintiff. See Offer of Judgment, attached as Exhibit "A."

2. On October 8, 2015, Counsel for Plaintiff served Notice of Acceptance of the Offer of Judgment on Counsel for Defendant. See Notice of Acceptance, attached as Exhibit "B."

3. Proof of Service of the Offer of Judgment is attached hereto as Exhibit "C."

WHEREFORE premises considered, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Defendant MDOW Insurance Company prays that this Court take Notice of the Plaintiff's Acceptance of the Offer of Judgment and that the Clerk enter judgment accordingly.

Respectfully submitted,

s/Justin D. Meek
Ryan Dean, OBA #21152
Justin D. Meek, OBA #21294
Kevin H. Cunningham, OBA #22117
201 Robert S. Kerr
Suite 700
Oklahoma City, Oklahoma  73102
Phone: 405/262-4040
Fax: 405/262-4058
Email: kevin@basslaw.net
 justin@basslaw.net
 rdean@basslaw.net

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that on the 22nd day of October 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and also sent a copy of the document and attachments to:

Clint Brasher, OBA #31798
BRASHER LAW FIRM
470 Orleans, Suite 950
Beaumont, TX 77704
409/832-3737
409/832-3838 (Fax)
clint@brasherattorney.com

and

Brent D. Berry, OBA #18013
CARR & CARR
1350 S.W. 89th Street
Oklahoma City, OK 73159
405/234-2110
405/234-2128 (Fax)
bberry@carrcarrokc.com

**ATTORNEYS FOR PLAINTIFF**

/s Justin D. Meek