IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LYDIA SATTERFIELD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MDOW INSURANCE COMPANY, a foreign insurance company,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: CIV-15-354-R<br>)<br>)<br>)<br>)<br>)<br>) |

## OFFER OF JUDGMENT

NOW on this 7th day of October, 2015, comes the Defendant MDOW Insurance Company ("MDOW"), and pursuant to Federal Rule of Civil Procedure ("FRCP") 68 and 12 O.S. § 1101.1(B), hereby offers to confess judgment to the Plaintiff, Lydia Satterfield, in the above styled action for the total amount of forty thousand dollars and zero cents ($40,000.00), which sum is inclusive of costs and attorneys' fees to the extent these are recoverable by Plaintiff. This offer is made with respect to all claims and damages, legal or equitable, which have been or could have been asserted by Plaintiff in this action.

This offer will be deemed withdrawn if acceptance is not accomplished pursuant to FRCP 68 within fourteen (14) days of receipt of this Offer. This offer is not an admission of liability because liability is denied. Rather, this offer is a compromise offer to settle the case. Further, if this Offer is not accepted as pursuant to the terms of FRCP 68, it shall not be given as evidence at trial or mentioned at trial in the above styled action.


EXHIBIT A

This offer of judgment is made for the purposes specified in FRCP 68, and 12 O.S. § 1101.1(B), and is not to be construed as either an admission that Plaintiff suffered any damage. This Offer of Judgment shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine fees and costs.

Respectfully submitted,

/s/ Justin Meek

Ryan Dean, OBA #21152
Justin D. Meek, OBA #21294
Kevin H. Cunningham, OBA #22117
201 Robert S. Kerr
Suite 1001
Oklahoma City, Oklahoma 73102
Phone: 405/262-4040
Fax: 405/262-4058
Email: kevin@basslaw.net
justin@basslaw.net
rdean@basslaw.net

**ATTORNEYS FOR DEFENDANTS**

2

## CERTIFICATE OF SERVICE

This is to certify that on the 7th day of October 2015, I sent a copy of the document via certified mail and email to:

Clint Brasher, OBA #31798
BRASHER LAW FIRM
470 Orleans, Suite 950
Beaumont, TX 77704
409/832-3737
409/832-3838 (Fax)
clint@brasherattorney.com

Brent D. Berry, OBA #18013
CARR & CARR
1350 S.W. 89th Street
Oklahoma City, OK 73159

**ATTORNEYS FOR PLAINTIFF**